IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID NOLFI, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-cv-714 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| HOFFMEISTER GROUP USA, INC., | ) | |
| HOFFMEISTER GMBH, and SAMMODE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 22nd day of December, 2021, the above-captioned case is dismissed for failure to prosecute. The Complaint was filed on May 28, 2021 (ECF No. 1). As of this date, there has been no indication on the docket that Plaintiff has effectuated service upon the Defendants. On December 14, 2021, the Court issued an Order to Show Cause requiring Plaintiff to show cause for why this case should not be dismissed for Plaintiff's failure to prosecute. (ECF No. 6). The Court notified Plaintiff that failure to file a response by December 21, 2021 would result in the dismissal of this case. To date, Plaintiff has not responded to the Order to Show Cause. The Plaintiff's Complaint is DISMISSED with prejudice.

BY THE COURT:

_/s/ Marilyn J. Horan_
MARILYN J. HORAN
United States District Judge